IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANE VENKATESAN** | : | **CIVIL ACTION NO. 1:11-CV-1805** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **v.** | : | |
| | : | |
| **THOMAS J. MCVOY, U.S. DISTRICT** | : | |
| **JUDGE** | : | |
| | : | |
| **Defendant** | : | |

**O R D E R**

Before the Court in the above-captioned action is an October 3, 2011 Report and

Recommendation of the Magistrate Judge.  No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law,  **IT IS HEREBY**

**ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Carlson.

2)  The Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** for the failure to state a

claim upon which relief can be granted.

3)  The Clerk of Court shall close the file.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: October 24, 2011